March 3, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JOE HENDERSON, Appellant

NO. 14-13-01025-CV                    V.

THE CITY OF HOUSTON, Appellee

_____

This cause, an appeal from the following orders in favor of appellee, The City of Houston, signed October 15, 2013, was heard on the transcript of the record: (1) "Order Granting Houston's Plea to the Jurisdiction Based on Standing"; (2) "Order Granting Houston's Motion for Partial Summary Judgment"; and (3) "Order on The City of Houston's Motion For Judgment Under Substantial Evidence Review."

We have inspected the record and find no error in the "Order Granting Houston's Plea to the Jurisdiction Based on Standing." We order the "Order Granting Houston's Plea to the Jurisdiction Based on Standing" of the court below **AFFIRMED**.

We further find the court below lacked subject matter jurisdiction to address the claims of appellant, Joe Henderson, in the "Order Granting Houston's Motion for Partial Summary Judgment." We therefore **REFORM** the "Order Granting Houston's Motion for Partial Summary Judgment" of the court below to delete any references to the claims of appellant, Joe Henderson. We order the "Order Granting Houston's Motion for Partial Summary Judgment" of the court below **AFFIRMED** except as modified in this judgment.

We further find the court below lacked subject matter jurisdiction to address the claims of appellant, Joe Henderson, in the "Order on The City of Houston's Motion For Judgment Under Substantial Evidence Review." We therefore **REFORM** the "Order on The City of Houston's Motion For Judgment Under Substantial Evidence Review" of the court below to delete any references to the

claims of appellant, Joe Henderson.  We order the "Order on The City of Houston's Motion For Judgment Under Substantial Evidence Review" of the court below **AFFIRMED** except as modified in this judgment.

We order appellant, Joe Henderson, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.